Eric F. Fagan, #87071
2220 Otay Lakes Rd. #502-84
Chula Vista, CA  91915
Phone 619-656-6656
Attorney for Plaintiff THOMAS SCHUENEMAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHUENEMAN,<br><br>   Plaintiffs<br><br>v.<br><br>1st CREDIT OF AMERICA, LLC., JOHN DOE, AKA MR. SMYKAL; DOE ABC COMPANY; and DOES 3 through 20, inclusive;<br><br>   Defendants | **Civil Case No.:  C 05-04505  MHP**<br><br>~~PROPOSED~~ **ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff respectfully requests that the Court enter the following proposed Order for Continuance of the Initial Case Management Conference.  The reasons for this request are set forth in the attached letter to the Honorable Marilyn Patel (e-filed on February 28 as **Document 5**).

The parties through their attorneys have agreed that the defendants shall have until April 12, 2006 to answer the complaint. The email agreement between the parties is set forth below.

Dated March 1, 2006

                              s/Eric F. Fagan_____
                              Eric F. Fagan, Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

From: Callaghan, Lawrence [Larry.Callaghan@TuckerEllis.com]   Sent: Tue 2/28/2006 3:30 PM
To: efagan@efaganlaw.com
Cc: Vuong, Nhien
Subject: Ext of Time To Answer: Civetello, C 05 04944 WHA; and Schueneman C 05-04505 MHP

Mr. Fagan: this email will confirm our conversation of this date that you have agreed to extend defendant 1st Credit Of America's time to Answer the above styled cases for five weeks from March 8, 2006, that is until: April 12, 2006.

In the interim, it is my understanding that you will serve us with the ADR Scheduling Orders, Orders Related to Setting Initial Case Management Conference and related Court documents. I have also agreed to get back to you with respect to the DOE pleading.

I appreciate your courtesy in this regard. Larry Callaghan

Lawrence A. Callaghan
Tucker Ellis & West LLP
One Market Street, Steuart Tower
Suite 1300
San Francisco, CA 94105
phone: (415) 617-2225
fax: (415) 617-2409

1

2 **PROPOSED ORDER**

3   IT IS HEREBY ORDERED as follows:

4   1.   The Initial Case Management Conference shall be continued to **April 3, 2006 at 4 p.m.**

5   2.   Last day to meet and confer re initial disclosures, early settlement, ADR process selection,
6        and discovery plan:  **March 13, 2006.**

7   3.   Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of
8        Need for ADR Phone Conference: **March 13, 2006.**

9   4.   Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve
10       Case Management Statement, and file/serve Rule 26(f) Report:  **March 27, 2006.**

11  5.   Joint Management Statement and Proposed Order due **April 16, 2006.**

12  6.   Joint Case Management Conference to be on **May 1, 2006.**

13  Dated March 3, 2006

15  _____
    Honorable Marilyn H. Patel
16  Federal District Court Judge

