1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  WINEBERG, SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3880
3  San Francisco, CA 94104-4811
   Telephone: (415) 352-2200
4  Facsimile:   (415) 352-2222
   tnarita@wsnlaw.com
5  jtopor@wsnlaw.com

6  Attorneys for Defendant
   1st Credit of America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHUENEMAN, | CASE NO.: C05-04505 MHP |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| 1ST CREDIT OF AMERICA, LLC; JOHN DOE, AKA MR. SMYKAL; DOE ABC COMPANY; and DOES 3 through 20, inclusive, | |
| Defendants. | |

1   PLEASE TAKE NOTICE that Defendant 1st Credit of America LLC hereby
2   substitutes the law firm of Wineberg, Simmonds & Narita, LLP as its counsel of
3   record in this action, in place of its present counsel, Tucker Ellis & West, LLP.
4   The new address for counsel for defendant shall be:

5

6   **Tomio B. Narita**
    **Jeffrey A. Topor**
7   **Wineberg, Simmonds & Narita LLP**
    **44 Montgomery Street, Suite 3880**
8   **San Francisco, CA 94104**
    **Tel.: (415) 352-2200**
9   **Fax: (415) 352-2222**

10

11  I consent to the above substitution

12

13  By: _____
        Lawrence A. Callaghan
14      Tucker Ellis & West LLP

15      6/22/06

16  I consent to the above substitution.

17

18  By: _____      6-22-06
19      Tomio B. Narita
        Wineberg, Simmonds & Narita LLP
20

21

22

23                                   IT IS SO ORDERED
24
25              June 27, 2006         Judge Marilyn H. Patel
26
27
28

---

SCHUENEMAN V. 1ST CREDIT OF AMERICA LLC, ET AL. (CASE NO. C05-04505 MHP)
NOTICE OF SUBSTITUTION OF COUNSEL                                                2